UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – EASTERN DIVISION

In re:
Doshia Marie Banks,   Case No. 25-45106
                      Chapter 13
Debtor.               Judge: Maria L. Oxholm

**Subject:** Urgent Medical Unavailability – In re Banks, Case No. 25-45106 – Hearing Set for June 22, 2025

**To:** Clerk of the Court

Judge M. Oxholm
**Cc:** U.S. Trustee; Chapter 13 Trustee; Movant's Counsel
**Date:** June 22,2025

I am the pro se debtor in the above-referenced case. I received an email regarding a hearing. I didn't see the email until today, (June 22, 2025) in where first became aware—via CM/ECF e-mail—of a new hearing scheduled for June 22, 2025 regarding the Motion for Relief from Stay and In Rem Relief.

Unfortunately, I am still under my physician's ongoing care following and remain in a recovery phase that impairs my comprehension and concentration. My doctor has advised against court appearances until at least July 10, 2025. Because of these medically limitations, I will be unable to prepare for or attend the June 22 hearing.

Pursuant to:

- Fed. R. Bankr. P. 9006(b)(1) (enlargement of time for "cause shown"),
- Local Rule 9014-1(c) (E.D. Mich.) (requiring 14-day notice absent court-ordered expedited procedure), and
- Due-process case law (*Mullane v. Central Hanover Bank*, 339 U.S. 306 (1950); *In re Parker*, 634 F.3d 808 (5th Cir. 2011)),

I respectfully request the Court excuse my appearance and adjourn or convert the June 22 hearing to a later date (or remote format) after my physician releases me.

I have copied this email to notify the Chapter 13 Trustee and Movant's counsel of my condition and requested their consent. I will promptly file a formal Emergency Motion to Adjourn Hearing for Medical Cause with supporting medical documentation, but I did not want the Court to believe I was ignoring the notice.

Thank you for bringing this urgent matter to Judge Oxholm's attention. Please advise if any additional information is required.

Respectfully,

---

**/s/Doshia Marie Banks**
Debtor, *pro se*
5779 Pinecrest Estates Dr. • Ann Arbor, MI 48105
Doshia555@hotmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – EASTERN DIVISION

In re:
Doshia Marie Banks,                                          Case No. 25-45106
                                                                     Chapter 13
Debtor.                                                                           Judge: Maria L. Oxholm

## ORDER ADJOURNING HEARING SCHEDULED FOR JUNE 22 2025

This matter having come before the Court on the Debtor's Motion to Adjourn Hearing, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the hearing on the Motion for Relief from Stay and In Rem Relief currently scheduled for June 22, 2025 is hereby adjourned to _____, 2025, at _____.

IT IS FURTHER ORDERED that any deadlines for filing or responding to the motion are extended accordingly.

IT IS SO ORDERED.

Dated: _____

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – EASTERN DIVISION

In re:
Doshia Marie Banks,                                                 Case No. 25-45106
                                                                   Chapter 13
Debtor.                                                          Judge: Maria L. Oxholm

## PROOF OF SERVICE

I hereby certify that on the date below, I served a true and correct copy of the Motion to Adjourn Hearing and Proposed Order on all interested parties by electronic means and/or first-class U.S. mail, postage prepaid, addressed as follows:

David Milstein
Attorney for Creditor
3290 West Big Beaver Road, Suite 117
Troy, MI 48084

Chapter 13 Trustee

Dated: 6/22/25                                                             /s/Doshia M. Banks
                                                                              Doshia M Banks, Debtor in Pro Per