**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

| | |
|---|---|
| In Re:<br>DOSHIA MARIE BANKS<br><br>    Debtor<br>_____/ | Case No. 25-45106<br>Chapter 13<br>Hon. Maria L. Oxholm - Detroit |

### AMENDED ORDER LIFTING AUTOMATIC STAY ENTRY OF ORDER WAIVING THE PROVISION OF 4001(a)(3) AND BAR TO REFILING AS TO REAL PROPERTY LOCATED AT 5779 PINECREST ESTATES DR ANN ARBOR UNDER 362(d)(4)(B)

    WHEREAS Creditor, VMC REO, LLC, having filed a Motion for Relief from the Automatic Stay and Notice and Opportunity for Hearing on May 19, 2025, (ECF #15). The Motion was granted at a hearing that was held on this matter on June 16, 2025. An Order granting the Motion was entered on June 16, 2025, (ECF #78). To effectuate the recording of this Order with the appropriate governmental entity, as permitted by the terms of the Order, additional information is required in the Order. Specifically, the complete legal description of the property in question is added to the Order.

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is lifted as to VMC REO, LLC, with respect to the property commonly known as 5779 Pinecrest Estates Dr, Ann Arbor, MI 48105 with a legal description of:

PARCEL "F-1"
A part of the Southeast ¼ of Section 30, Town 1 South, Range 7 East, Salem Township, Washtenaw County, Michigan, more particularly described as commencing at the South ¼ Corner of said Section 30; thence North 05º33'25" West, 1094.27 feet along the North and South ¼ line of said Section 30, to the POINT OF BEGINNING: thence continuing North 05º33'25" West, 210.68 feet, along the North and South ¼ line of said Section 30; thence North 87º45'45" East, 409.75 feet; thence South 26º10'22" East, 230.12 feet; thence South 87º45'45" West, 490.90 feet, to the point of beginning.

A non-exclusive 66.00 foot easement for ingress and egress, being a part of the Southeast ¼ of Section 30, and the Northeast ¼ Section of 31, Town 1 South, Range 7 East, Salem Township, Washtenaw County, Michigan, the centerline of said easement being more particularly described as commencing at the South ¼ corner of said Section 30; thence North 05º33'25" West, 2510.57 feet, along the North and South ¼ line of Section 30, to the centerline of North Territorial Road; thence North 87º45'45" East, 417.97 feet, along the centerline of said North Territorial Road, to the point of beginning; thence South 04º21'05" East, 1162.23 feet; thence South 26º10'22" East, 652.45 feet; thence South 05º33'25" East, 743.41 feet, to a point on the South line of said Section 30 and the North line of said Section 31; thence South 7º25'10" West, 1015.00 feet;

thence South 74º29'47" East, 42.42 feet, to the center of a 75.00 foot radius cul-de-sac, and the point of ending.

**IT IS FURTHER ORDERED** that Creditor may exercise its remedies available under state law.

**IT IS FURTHER ORDERED** that notwithstanding Rule 4001 (a)(3), Creditor, VMC REO, LLC, may execute on its Order immediately. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code.

**IT IS FURTHER ORDERED** that the Bankruptcy Court finding the filing of this petition was part of scheme to delay, hinder, and defraud VMC REO, LLC

**IT IS FUTHER ORDERED** that the recording with the appropriate governmental entity of this Order shall constitute a bar to refiling any case under any Chapter of Title 11 of the United States Code as to the property located at 5779 Pinecrest Estates Dr., Ann, Arbor, MI. A Debtor in a subsequent case under this title may move from relief from this order based upon change of circumstances or for good cause shown, after notice and hearing. Said bar shall be for two years from the entry of this Order or until such time creditor relinquishes their rights to the property.

**Signed on June 24, 2025**

/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**